**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| EDDIE TURNER,<br><br>Plaintiff,<br><br>v.<br><br>HARRAH'S NEW ORLEANS HOTEL & CASINO, et al.,<br><br>Defendants. | ) | No. CV 10-5879-PA (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation, and plaintiff's objections to the report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Plaintiff's motion to amend is denied without prejudice.

3. The motion to dismiss filed by defendants Orleans Parish Sheriff's Department and Melvin Sparks is dismissed as moot.

/

4. Specially appearing defendant Harrah's New Orleans Hotel & Casino's motion to transfer the case to the Eastern District of Louisiana is granted.

5. The clerk shall serve this order on all counsel or parties of record.

DATED: April 30, 2011

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE